```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 58938
   MARTIN A SANCHEZ
   AZUCENA L SANCHEZ                         CHAPTER 13

                                             JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3139    SSN XXX-XX-2917

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/15/05 and confirmed on 02/02/06.

     2.  The case was converted to Chapter 7 after confirmation, 09/06/2007.

     3.  The Debtor paid a total of $  4250.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | SECURED | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 3805.62 | .00 | 1303.45 |
| UNITED STATES DEPT OF AG | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| ESSINGTON PODIATRY GROUP | UNSECURED | 193.70 | .00 | .00 |
| B LINE LLC | UNSECURED | 3692.41 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 287.32 | .00 | .00 |
| BEST BUY/HOUSEHOLD RETAI | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD | UNSECURED | 189.51 | .00 | .00 |
| MAZON MARKET | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 600.41 | .00 | .00 |
| RNB FILEDS 3 | UNSECURED | NOT FILED | .00 | .00 |
| SANTANNA ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1008.37 | .00 | .00 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| DEBT RECOVERY SOLUTIONS | UNSECURED | 85.13 | .00 | .00 |
| TWIN OAKS | SECURED VEHIC | 400.00 | 39.46 | 133.04 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 2235.11 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4205.62 | .00 | 8291.96 | .00 | 12497.58 |
| PRINCIPAL PAID | 1436.49 | .00 | .00 | .00 | 1436.49 |

```
INTEREST PAID              39.46         .00         .00         .00         39.46
TOTAL PAID               1475.95         .00         .00         .00       1475.95
```

The Debtor's attorney, ZALUTSKY & PINSKI           , was allowed $   2700.00 and was paid $    106.00  direct and $   2594.00  through the plan.

The Trustee received $     180.05 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/20/07                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE